# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SECURE MATRIX LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC.<br><br>        Defendant. | CASE NO. 2:24-cv-1085-JRG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Secure Matrix LLC ("Plaintiff") hereby notifies the Court that the parties have settled in principle all matters in controversy between them. Accordingly, the parties request that the Court stay the unreached deadlines in this case for 30 days so that the parties may submit appropriate dismissal papers.

Dated: March 19, 2025

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Secure Matrix LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 19, 2025, via the Court's CM/ECF system.

*/s/ Isaac Rabicoff*
Isaac Rabicoff

## CERTIFICATE OF CONFERENCE

The undersigned certifies (1) that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h); and (2) the motion is unopposed.

*/s/ Isaac Rabicoff*
Isaac Rabicoff
