# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SECURE MATRIX LLC, | |
| Plaintiff, | |
| v. | CASE NO. 2:24-cv-1085-JRG |
| DICKEY'S BARBECUE RESTAURANTS, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES

This matter is before the Court on Secure Matrix's LLC's Unopposed Motion to Stay All Deadlines. Being so advised, the Court hereby finds that the motion should be GRANTED. It is, therefore, ORDERED that all pending deadlines be stayed for 30 days, up and until _____