IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 2:24-cv-1085 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Dickey's Barbecue Restaurants, Inc.,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: March 31, 2025

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773-669-4590
isaac@rabilaw.com


**Counsel for Plaintiff
Secure Matrix LLC**

*/s/ Robert Greeson*
Robert Greeson
Norton Rose Fulbright US LLP
2200 Ross Avenue Suite 3600

1

Dallas, TX 75201
214-855-7430
isaac@rabilaw.com


**Counsel for Defendant
Dickey's Barbeque Restaurants, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on March 31, 2025 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
