IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 2:24-cv-1085 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Dickey's Barbecue Restaurants, Inc.,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.